**State of Louisiana**
**Secretary of State**

5

02/03/2015

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O KEVIN BARRAS
7159 FLORIDA BLVD.
BATON ROUGE, LA 70806

Suit No.: 745856
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

SOL GOTHARD, ET AL
vs
STATE FARM FIRE AND CASUALTY COMPANY

**LEGAL DOCUMENT ROUTING**

UNIT: _____
OFFICE: Fire
REP: _____
CLAIM #: 15-427X-198
STATE FARM INSURANCE COMPANIES

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

TOM SCHEDLER
Secretary of State



Served on: TOM SCHEDLER
Served by: E CUMMINS

Date: 02/02/2015
Title: DEPUTY SHERIFF

**RECEIVED BY**
FEB 04 2015
BATON ROUGE
OPERATIONS CENTER

No: 959188



TG

  

(101) Citation: ISSUE PETITION FOR DAMAGES;           150126-1795-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

SOL GOTHARD AND JACQUELINE GOTHARD
versus           Case: 745-856   Div: "G"
STATE FARM FIRE AND CASUALTY COMPANY     P 1 SOL GOTHARD

To: STATE FARM FIRE AND CASUALTY COMPANY
THROUGH SECRETARY OF STATE     SERVED SOS CK# 29443 $50.00
8585 ARCHIVES AVENUE           TOM SCHEDRICK# 29442 $29.36
BATON ROUGE LA 70809

FEB 02 2015

PARISH OF JEFFERSON           SECRETARY OF STATE
                                  COMMERCIAL DIVISION

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney EDWARD P. GOTHARD and was issued by the Clerk of Court on the 26th day of January, 2015.

/s/ Marilyn Guidry
Marilyn Guidry, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISSUE PETITION FOR DAMAGES;           150126-1795-5

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal     ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts ____ times
___ Vacant     ___ Received too late to serve
___ Moved     ___ No longer works at this address
___ No such address     ___ Need apartment / building number
___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____

**RECEIVED BY**

FEB 04 2015

BATON ROUGE
OPERATIONS CENTER

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 745856　　　　　　　　　　　　　　　　　　DIVISION "G" 

SOL AND JACQUELINE GOTHARD

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PETITION FOR DAMAGES

The Petition of Sol and Jacqueline Gothard, appearing herein through undersigned counsel, respectfully represents the following:

1.

Petitioners are Sol and Jacqueline Gothard, individuals over the age of majority, domiciled and residing in the Parish of Jefferson, State of Louisiana.

2.

Made defendant herein is State Farm Fire and Casualty Company ("State Farm"), a foreign insurance company authorized to do and doing business in this Parish and State.

3.

At all pertinent times, petitioners had in full force and effect a homeowner's insurance policy, bearing policy number 18-71-0229-4, issued by State Farm, with coverage dates from June 9, 2013 through June 9, 2014.

4.

At all pertinent times, petitioners owned and resided in their family home located at 5213 Haring Court, Metairie, Louisiana, 70006. They have lived in this home continuously since acquiring same in 1974.

5.

On or about January 20, 2014, petitioners noticed that several toilets were not flushing properly, and two bathtubs were not draining properly. Upon attempting to flush the toilets, water would rise in the bowl and then drain slowly. The bath tubs would accumulate water when taking a shower, and drain slowly.

6.

Petitioners obtained a video inspection of the plumbing lines under their home, which revealed that the sewer drain pipes had collapsed from the slab in several locations.

7.

The cause of the collapse was the deterioration of the metal hangars which were installed when the home was built, and intended to support the sewer pipes just underneath the concrete slab.

8.

Petitioners expended the total amount of $27,045.00 to repair the collapsed sewer lines.

9.

The entirety of the damage to the Gothard residence was the sole result of the collapse of the sewer lines. This is a covered loss under the State Farm policy at issue, which entire policy is plead herein as if copied herein *in extenso*. The applicable policy provision is contained in Form FB-3461, at page 4 of 7, which provides coverage, in pertinent part, as follows:

**Collapse. We insure only for direct physical loss to covered property involving the sudden, entire collapse of a building or any part of a building. . . The collapse must be directly and immediately caused only by one or more of the following: . . . decay, deterioration, . . . that are hidden from view, of a (1) connector; or (2) structural member of a building.**

10.

State Farm has denied coverage for the loss, claiming that the damage resulted from "maintenance and not a covered loss." In its letter denying coverage, dated April 7, 2014, State Farm, through its Claim Representative, Shontell Young, quoted certain policy provisions which were largely irrelevant to this claim, but neglected to quote or even mention other policy provisions, including the provisions cited above providing coverage resulting from the collapse of all or part of the covered structure.

11.

State Farm's conduct in its denial of petitioners' claim violates the duty owed by State Farm to its insureds of good faith and fair dealing. State Farm has an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured. State Farm breached these duties by knowingly misrepresenting pertinent facts and insurance policy provisions relating to coverages at issue. State Farm is therefore liable unto petitioners for penalties assessed in an amount not to exceed two times the damages sustained, or $54,090.00.

12.

Based upon the foregoing, petitioners seek reimbursement from State Farm for the full amount of actual damages in the amount of $27,045.00, plus punitive damages in the additional amount of $54,090.00, plus all court costs, expert witness fees, contractual interest, legal interest, attorneys' fees, and/or other amounts to which they may be entitled as provided by law.

**WHEREFORE**, petitioners pray that a copy of this lawsuit be served upon defendant, who be cited to appear and answer same, and that after legal delays and due proceedings are had, there be judgment herein in favor of petitioners, Sol and Jacqueline Gothard, and against the defendant, State Farm Fire and Casualty Company, for all legally authorized and allowable damages in the premises, plus all costs of these proceedings including expert witness fees, attorney's fees and penalties, with legal interest on all amounts from date of judicial demand until paid; petitioners further pray for all general and equitable relief.

Respectfully submitted,

/s/ Edward P. Gothard
Edward P. Gothard, Bar No.: 16775
NOWALSKY & GOTHARD
A Professional Limited Liability Company
1420 Veterans Memorial Boulevard
Metairie, Louisiana 70005
Telephone: (504) 832-1984
Facsimile: (504) 831-0892
*Attorney for Petitioners, Sol and Jacqueline Gothard*

**PLEASE SERVE:**

STATE FARM FIRE AND CASUALTY COMPANY
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

01/15/2015 14:51:47 Case: 745856 Div:G Atty:016775 EDWARD P GOTHARD

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON